Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

NORMAN WHITT, JR.                    **JUDGMENT IN A CIVIL CASE**
As Administrator of the Estate of    CASE NUMBER: 15-CV-528EAW
Norman Whitt, Sr.
        v.

KALEIDA HEALTH


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Defendant's summary judgment motion is Granted in its entirety.


Date: March 28, 2018              MARY C. LOEWENGUTH
                                  CLERK OF COURT


                                  By: s/Suzanne Grunzweig
                                      Deputy Clerk